UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMER ATIYEH,<br><br>    Petitioner,<br><br>  v.<br><br>JACKEY LACEY,<br><br>    Respondent. | No. CV 19-4866 SVW (FFM)<br><br>JUDGMENT |

Pursuant to the Order Re Summary Dismissal of Action Without Prejudice,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: July 10, 2019

                                    STEPHEN V. WILSON
                                    United States District Judge